UNITED STATES DISTRICT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 24 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

12 0642

KEVIN FENNICK

<u>Plaintiff</u>

V.   CIVIL ACTION NO:

DAMON SAMS/DFS ENTERTAINMENT

<u>Defendant</u>

## MOTION

I, Kevin Fennick Plaintiff in the above matter captioned states the following in compliance;

1. Now Comes Kevin Fennick in the action against Damon Sams for use of Post Box. In the action against Sams; I move for the Court to hearing/trial for obtaining the name belonging to Plaintiff who created the name Dfs Entertainment first.

2. I state that Mr Sams may have colluded with a John Staco who resides in Massachusetts Plaintiff argues the need for Mr. Sams to explain to the Court how he came about the name that was created by Plaintiff and for what reason being thereto.

3. I state that I use a Post Box which is in the name of Dfs Entertainment and have been doing so since the registering of the name. I also had the name in an AOL account that was opened in 2000. Mr. Sams took the name as a favor for revenge concerning John Staco for filing an action against him in Massachusetts in 2005 and again in 2007 and in 2009.

4. I use the Post Box because the address that I currently reside I am not guaranteed the mail ans numerous occasions the mails are thrown on the outside floor and even placed in the homes and residents of others where there is no guarantee I would receive. This is also helpful concerning the maintaining of others in your private affairs.

3

I WAS NOT ABLE TO LOCATE A RULE STATING MOTION TO EXPLANATION FOR POST BOX HOWEVER I HAVE SUBMITTED THE REASONS FOR THE COURT S REQUEST.

---

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

DATED: MARCH 19TH 2012 SIGNATURE: _____
KEVIN FENNICK
Post Office Box 170753
Boston, MA 02117.